

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2014

No. 04-14-00317-CV

**IN THE INTEREST OF A.M., B.M., AND E.M.,** Children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00328
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on June 30, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court